UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORY LEE SMITH,

    Plaintiff,

v.                              CASE NO. 3:21cv599-MCR-EMT

APRIL BURGESS and
BRIDGEWAY CENTER,

    Defendants.
_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on June 8, 2021. ECF No. 13. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv599-MCR-EMT

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order.

2. Plaintiff's § 1983 claims are **DISMISSED with prejudice**.

3. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and **DISMISSES** such claims **without prejudice.**

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 8th day of July 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**